UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOHN HATZFELD,

                Plaintiff,

      v.                                                9:04-CV-159

GLENN S. GOORD, Commissioner; LESTER
WRIGHT, Chief Medical Officer; FRANK R.
HEADLY, Dep. Commissioner; JOHN W.
BURGE; Superintendent, Auburn Correctional
Facility; MARK RABIDEAU; Dep. Supt., Auburn
Correctional Facility; D. McCLENDON, RSAT
Coordinator, Auburn Correctional Facility; W.
ROBINSON, Nurse Administrator, Auburn
Correctional Facility; S. AHSAN, Medical Dir.,
Auburn Correctional Facility; and ANTHONY
GRACEFFO, Medical Dir., Auburn Correctional
Facility,

                Defendants.
_____

APPEARANCES:                              OF COUNSEL:

JOHN HATZFELD
Plaintiff Pro Se
No. 95-A-0396
Auburn Correctional Facility
135 State Street
Auburn, New York 13024

HON. ANDREW CUOMO                MARIA MORAN, ESQ.
Attorney General for the                 Assistant Attorney General
 State of New York
Attorney for Defendants
The Capitol
Albany, New York 12224-0341

NORMAN A. MORDUE, CHIEF JUDGE

<u>ORDER</u>

The above matter comes to me following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed on the 5th day of February, 2007. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. Dispositive motions must be filed no later than March 30, 2007.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.


Dated: February 28, 2007
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge